## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Haron Cole

              Plaintiff,

v.

                                              Case No.: 1:25−cv−05360

                                              Honorable Sunil R. Harjani

Planetart, LLC

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Agreed motion for extension of time to file voluntary dismissal [12] is granted to and including 9/15/2025. Status hearing previously set for 8/21/2025 is stricken and reset to 9/18/202 at 9:15 a.m. by telephone. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.